Same case below, 445 Fed. Appx. 631.

**No. 11-6884. Allen Lee Davis, Petitioner v. Detective Lt. Gray, et al.**

565 U.S. 1118, 132 S. Ct. 1010, 181 L. Ed. 2d 748, 2012 U.S. LEXIS 247.

January 9, 2012. Petition for writ of certiorari to the United States Court of Appeals for the Fourth Circuit denied.

Same case below, 412 Fed. Appx. 626.

**No. 11-6885. Bobby M. Ellis, Petitioner v. David Parker, Warden.**

565 U.S. 1118, 132 S. Ct. 1011, 181 L. Ed. 2d 748, 2012 U.S. LEXIS 178.

January 9, 2012. Petition for writ of certiorari to the United States Court of Appeals for the Tenth Circuit denied.

Same case below, 426 Fed. Appx. 683.

**No. 11-6886. Montell Deshay, Petitioner v. California.**

565 U.S. 1118, 132 S. Ct. 1011, 181 L. Ed. 2d 748, 2012 U.S. LEXIS 278.

January 9, 2012. Petition for writ of certiorari to the Court of Appeal of California, Third Appellate District, denied.

**No. 11-6887. Timothy Charley, aka Timothy L. Charley, Petitioner v. Orangeburg County Sheriff's Department, et al.**

565 U.S. 1118, 132 S. Ct. 1011, 181 L. Ed. 2d 748, 2012 U.S. LEXIS 338,

January 9, 2012. Petition for writ of certiorari to the United States Court of Appeals for the Fourth Circuit denied.

**No. 11-6895. Melinda Gabriella Valenzuela, Petitioner v. Maricopa County Sheriff's Department, et al.**

565 U.S. 1119, 132 S. Ct. 1011, 181 L. Ed. 2d 748, 2012 U.S. LEXIS 382.

January 9, 2012. Petition for writ of certiorari to the United States Court of Appeals for the Ninth Circuit denied.

**No. 11-6896. Bobby Earl Wilson, Jr., Petitioner v. Christopher B. Epps, Commissioner, Mississippi Department of Corrections, et al.**

565 U.S. 1119, 132 S. Ct. 1011, 181 L. Ed. 2d 748, 2012 U.S. LEXIS 256.

January 9, 2012. Petition for writ of certiorari to the United States Court of Appeals for the Fifth Circuit denied.

**No. 11-6899. Eli Esmael, Petitioner v. United Kingdom Secret Intelligence Service, et al.**

565 U.S. 1119, 132 S. Ct. 1012, 181 L. Ed. 2d 748, 2012 U.S. LEXIS 364.

January 9, 2012. Petition for writ of certiorari to the Court of Appeal of California, Second Appellate District, denied.

**No. 11-6901. Anthony Hubbard, Petitioner v. Steven Rivard, Warden.**

565 U.S. 1119, 132 S. Ct. 1012, 181 L. Ed. 2d 748, 2012 U.S. LEXIS 191.

January 9, 2012. Petition for writ of certiorari to the United States Court of Appeals for the Sixth Circuit denied.